**Superior Court of the District of Columbia**
**CRIMINAL DIVISION — SPECIAL PROCEEDINGS**

UNITED STATES vs WAZIRY, ISMAEL MOHAM
Lockup Nbr: 4
PDID: 0579467
DOB:
CR: 149995

| | |
|---|---|
| Court File Date | NOV 11 2005 |
| LOCK UP | L-4 |
| PDID | |
| DOB | |
| CCR | |

☐ CITATION ☐ BOND ☐ Collateral $ _____ Page _____

DEFENSE COUNSEL ☐ PRO SE
1. Oyibe 444-490
2.

PROSECUTOR
1.
2.

ASSIGNED TO JUDGE
Cal. Number

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.
☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination ☐ Made ☐ Waived

PLEA: ☐ Not Guilty ☐ Guilty, JUDGMENT Guilty
Count(s) _____

**FILED NOV 14 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| CONTINUED DATE | BOND CONDITIONS |
|---|---|
| PREL. HEARING | BOND AMOUNT $ NO BOND |
| STATUS HEARING | ☐ CASH ___ % ☐ SURETY |
| JURY TRIAL | ☐ PERSONAL RECOGNIZANCE |
| NON-JURY | ☐ Third Party Custodian |
| | ☐ Contribution Ordered |

☐ 163 FILED

☐ Defendant Advised of Penalties for Failure to Appear.

C 11-14-05 Dist. Court @ 1:45pm
Crm 4 Before J/KAY

Count(s) _____ Nolle Prosequi Prosecutor: _____

| COURT REPORTER | TAPE ☐ | CLERK | JUDGE/COMM. |
|---|---|---|---|
| | 10 | M | JACKSON |

☒ NEW COMMITMENT ☐ BACK TO JAIL O.C. ☐ RELEASE EXECUTED ☐ NOT IN CUSTODY

DISPOSED | PENDING
CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | 11.11.05 Updated

PROBATION / Diversion / Date Admitted

DATE: _____  FINAL DISPOSITION ONLY

SP 3142 '05