AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

ISMAEL M. WAZIRY

**WARRANT FOR ARREST**

CASE NUMBER: 05-0598M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ISMAEL M. WAZIRY_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

**FILED**

NOV 14 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) § 371.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

*[signature: Alan Kay]*
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV 09 2005   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at   USMS 333 Constitution Ave NW Washington DC 20001 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/09/05 | Reporting Fitzgerald, Derrek | Reporting *[signature]* |
| DATE OF ARREST 11/14/05 | | |