UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | Mag. No.: 05-0598M |
| | : | Charges: |
| | : | 18 U.S.C. §§ 371, 2320 (Conspiracy |
| ISMAEL WAZIRY | : | to Commit Trademark Infringement) |
| | : | |

INFORMATION

The United States Attorney for the District of Columbia informs the Court:

COUNT ONE
(Conspiracy to Commit Trademark Infringement)

1. From on or about April 25, 2005, through on or about November 10, 2005, in the District of Columbia and elsewhere, defendant **ISMAEL WAZIRY** and others did knowingly and voluntarily conspire to commit an offense against the United States, that is, intentionally to traffic in goods while knowingly using counterfeit marks on and in connection with such goods, in violation of Title 18, United States Code, Section 2320.

OVERT ACTS

2. In furtherance of the conspiracy, and to effect the objects thereof, defendant committed or caused to be committed the following acts in the District of Columbia:

3. On January 26, 2005, defendant **ISMAEL WAZIRY,** conspired to sell seven c(7) handbags counterfeit, two Coach, one Gucci, one Chanel, two Prada, and one Louis Buitton and two Gucci wallets, all bearing counterfeit marks, to an undercover officer, in exchange for $168 in MPD funds.

4. On April 25, 2005, defendant **ISMAEL WAZIRY,** conspired to sell counterfeit Louis Vutton, Coach, Prada, Gucci, Fendi and Christian Dior handbags and wallets, all bearing

counterfeit marks, to an undercover officer, in exchange for $228.00 in MPD funds.

5. On May 12, 2005, defendant **ISMAEL WAZIRY** conspired to sell counterfeit Louis Vutton handbags and purses, all bearing counterfeit marks, to an undercover officer in exchange for $202 in MPD funds.

6. On November 2, 2005, defendant **ISMAEL WAZIRY** conspired to sell twenty-six (26) handbags, all bearing counterfeit marks, to an undercover officer, in exchange for $560.00 in MPD funds.

All in violation of Title 18, United States Code, Section 371.

Respectfully submitted,
JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
JOHN CARLIN
Assistant U.S. Attorney
Computer Hacking and Intellectual Property Unit
555 4th Street, N.W.
Washington, D.C. 20530
202-353-2457

CORBIN WEISS
Senior Counsel, U.S. Department of Justice
Computer Crime & Intellectual Property Section