UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. *06-342* |
| v. : | |
| : | Plea Proceedings:    , 2006 |
| ISMAEL M. WAZIRY : | |
| : | |
| Defendant. : | |

FILED
NOV 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Had this case proceeded to trial, the United States of America would have established the following facts beyond a reasonable doubt:

At all times material to the information, the defendant was the owner and manager of all employees of WAZIRY MARBLE AND GENERAL MERCHANDISE, at 1329 4th Street, NE, Washington, D.C. Defendant received the net profits from the business and was responsible for paying the employees and arranging for inventory. The defendant knew, as part of the store's business, that his son and other employees were engaged in the commercial sale of counterfeit products to members of the public. The defendant arranged for the supply of the counterfeit products sold by his son and other employees.

### January 26, 2005, Undercover Purchase

On January 26, 2005, acting on information that businesses located in the 1300 block of 4th Street, NE, Washington, D.C., were trafficking in counterfeit handbags, an undercover Metropolitan Police Department officer ("UC") entered Washington Perfume and Watch Center, also doing business as WAZIRY MARBLE AND GENERAL MERCHANDISE, located at 1345

4th Street, NE, Washington, D.C., to purchase counterfeit handbags. The UC engaged in a conversation with an unidentified man ("UM"), asking him if they had any brand name - meaning counterfeit - pocketbooks for sale. The UM told the UC that she would have to go to "our other" store five doors down, WAZIRY MARBLE AND GENERAL MERCHANDISE, located at 1329 4th Street, NE, Washington, D.C..

The UC then proceeded to 1329 4th Street, NE, location of WAZIRY MARBLE AND GENERAL MERCHANDISE. Once inside, the UC engaged in a conversation with two males, subsequently identified as ISMAEL WAZIRY and QUDRAT WAZIRY. QUDRAT WAZIRY assisted the UC in selecting seven counterfeit handbags, two Coach, one Gucci, one Chanel, two Prada, and one Louis Vuitton, along with two counterfeit Gucci wallets, for purchase. The UC paid ISMAEL WAZIRY $168 in MPD funds and was given a receipt for the items.

**April 25, 2005, Undercover Purchase**

On April 25, 2005, the UC, along with a Cooperating Witness (CW), proceeded to WAZIRY MARBLE AND GENERAL MERCHANDISE, 1329 4th Street, NE, Washington, D.C., for the purpose of purchasing counterfeit products again. Upon entry, the UC and the CW were met by ISMAEL WAZIRY. The CW greeted ISMAEL WAZIRY and told him the CW and the UC were looking for some handbags. ISMAEL WAZIRY spoke in Pashto to another man, subsequently identified as QUDRAT WAZIRY, who was conducting business behind the counter. QUDRAT WAZIRY then directed the CW and the UC to follow him into the back of the store.

The UC and CW proceeded to a storage room in the back of the store where QUDRAT WAZIRY displayed counterfeit handbags bearing what appeared to be counterfeit trademarks of

2

Louis Vuitton, Coach, Gucci, Prada and Burberry. The UC noted there were several hundred handbags both in boxes and stacked loosely throughout the storage room. QUDRAT WAZIRY told the UC that the Louis Vuitton purses would cost $26 but that if they bought several pieces he would only charge $25. QUDRAT WAZIRY said the Prada and Gucci bags were $18 apiece and that Coach bags were $22 and Coach fabric bags were $25.

QUDRAT WAZIRY showed the UC and the CW several models and styles of counterfeit purses, each bearing what appeared to be a counterfeit trademark logo or design, and he explained which brands were the best sellers. The UC and the CW selected several counterfeit bags for purchase and then proceeded with QUDRAT WAZIRY up to the front of the store. The UC noted that handbags bearing what appeared to be counterfeit trademark logos and designs were displayed not only along the wall of the store, but also in open boxes in the aisle. Also displayed in the store were shoes, belts, hats and other apparel bearing what appeared to be counterfeit trademark designs and logos.

Once at the front counter, QUDRAT WAZIRY displayed counterfeit wallets along with counterfeit Fendi and Christian Dior purses, stating the purses would cost $35 each. When asked how much the UC could charge for the purses, QUDRAT WAZIRY stated for the $18 purse the UC could charge $65, adding that one of his customers charges several hundred dollars for a $26 counterfeit Louis Vuitton purse. QUDRAT WAZIRY then added up the sale, computing the cost on a calculator and writing a receipt. During this time, ISMAEL WAZIRY was standing in back of the UC and the CW, facing the counter, talking on a cell phone. The UC paid QUDRAT WAZIRY $228 in MPD funds for the handbags, as well as wallets, bearing counterfeit reproductions of federally registered trademarks, specifically Louis Vuitton, Coach, Prada,

Gucci, Fendi and Christian Dior. QUDRAT WAZIRY put the money in his pocket. After the transaction, QUDRAT WAZIRY wrote his name on a business card which he presented to the UC along with the receipt for the purchase.

### May 12, 2005, Undercover Purchase

On May 12, 2005, the UC and the CW entered WAZIRY MARBLE AND GENERAL MERCHANDISE, 1329 4th Street, NE, Washington, D.C., for the purpose of purchasing counterfeit products again. The UC and the CW were greeted by ISMAEL WAZIRY and were approached by an individual who later identified himself as "Abdul," subsequently identified as ABDUL JALIL WAZIRY. In the presence of the UC, the CW told ABDUL JALIL WAZIRY that he and the UC wanted to buy some purses, including Louis Vuitton, Channel, Prada, Fendi and Coach. ABDUL JALIL WAZIRY directed the UC and the CW to a room located at the back of the store.

Once in the back, ABDUL JALIL WAZIRY displayed several purses bearing what appeared to be counterfeit trademarks, including counterfeit Gucci, Coach, Prada and Louis Vuitton purses. ABDUL JALIL WAZIRY told the UC to select what the UC wanted. After some review of the merchandise, the UC asked where QUDRAT WAZIRY was, adding that the UC had done business with him before and that he had given your affiant a good price on purchases. QUDRAT WAZIRY then approached the UC and the CW and provided the UC with what appeared to be a catalogue for Louis Vuitton products. QUDRAT WAZIRY told the UC to pick out what products she wanted and it would take him about 10 to 15 minutes to return with her order. The UC selected eight items from the catalogue which QUDRAT WAZIRY copied down on a piece of paper. QUDRAT WAZIRY told the UC that the purchase price for the eight

4

items would be $200, said he would be back in 10 minutes, and exited from view.

The UC notified surveillance units via her cell phone to be on the lookout for a male with dark hair, wearing a checked shirt, who may have exited the store from a rear door. At that time, Detective Doyle observed a man, later identified as QUDRAT WAZIRY, wearing a plaid shirt walking from the vicinity of the rear of WAZIRY MARBLE AND GENERAL MERCHANDISE, up an alley, past a truck unloading merchandise into the rear of another business. QUDRAT WAZIRY, who was holding a piece of paper in his hands, proceeded to a metal garage type door located at the rear of Washington Perfume and Watch Company, 1345 4th St., NE, Washington, D.C. The grey steel door has the number "2" written in white on the door. The door was locked with a padlock located on the right side. Detective Doyle observed QUDRAT WAZIRY open the lock, raise the door, and enter what appeared to be a storage facility.

Moments later, Detective Doyle and other members of the surveillance team observed QUDRAT WAZIRY exit the storage locker carrying a large black plastic bag containing items later identified to be eight counterfeit purses. Detective Doyle observed QUDRAT WAZIRY lower the metal door, lock the storage site and proceed back up the alley to the rear entrance of WAZIRY MARBLE AND GENERAL MERCHANDISE, 1329 4th Street, NE.

During QUDRAT WAZIRY's absence, the UC and the CW engaged in a conversation with ISMAEL WAZIRY regarding business. The UC also noted that ISMAEL WAZIRY was frequently distracted by calls received on his cell phone. Approximately seven minutes after his departure, QUDRAT WAZIRY reappeared from the rear of the store carrying a black plastic bag containing eight counterfeit purses which he placed on the floor in front of the UC. Upon his re-

5

entry to the store, QUDRAT WAZIRY and ISMAEL WAZIRY engaged in a conversation in Pashto.

While the UC inspected the counterfeit Louis Vuitton purses, QUDRAT WAZIRY told the UC to be careful with them. The UC responded that they would be sold at a purse party and not at the kiosk. The UC then asked QUDRAT WAZIRY about Louis Vuitton wallets. QUDRAT WAZIRY went up into what appeared to be an attic or second floor of the store and returned a few moments later with a counterfeit Louis Vuitton wallet which he presented to the UC. QUDRAT WAZIRY told the UC that he would provide her with a catalogue for her use in ordering in the future. The UC paid QUDRAT WAZIRY $202 in MPD pre-recorded funds which he again placed in his pocket. QUDRAT WAZIRY provided the UC with a receipt for the purchase.

### November 2, 2005, Undercover Purchase

On November 2, 2005, the UC proceeded to WAZIRY MARBLE AND GENERAL MERCHANDISE, 1329 4th Street, NE, Washington, D.C., for the purpose of verifying that counterfeit goods were still being sold from the premises. The UC met ISMAEL WAZIRY upon entering the store and told him she wanted to purchase Louis Vuitton handbags. ISMAEL WAZIRY instructed the UC to wait and that someone would assist her soon. QUDRAT WAZIRY appeared and gave the UC some papers showing different Louis Vuitton products. QUDRAT WAZIRY asked the UC to choose which of those products she wanted to purchase. The UC used an eyeliner pencil to place marks next to each of the products she chose to buy and told QUDRAT WAZIRY that she wanted to purchase twenty handbags. QUDRAT WAZIRY asked her to wait a moment while QUDRAT WAZIRY finished with another customer.

QUDRAT WAZIRY returned and went over the UC's selections, stating which products WAZIRY MARBLE AND GENERAL MERCHANDISE had and did not have. QUDRAT WAZIRY then took the paper and told her to wait ten minutes. QUDRAT WAZIRY exited the store and entered a gold 2000 Lexus ES300, Virginia license plate number WAZIR1, Vehicle Identification Number JT6HF10U0Y0154091. Surveillance teams followed QUDRAT WAZIRY as he drove to Budget Storage on New York Avenue, NE, exited his car and then returned a short time later. QUDRAT WAZIRY was observed to place several blue bags containing pocketbooks into the Lexus and return to the store. The UC observed QUDRAT WAZIRY enter the store holding the blue bags containing handbags. QUDRAT WAZIRY handed one of the blue bags to the UC, stating, "this one is yours." She examined the contents of the bag and counted thirteen Louis Vuitton handbags. QUDRAT WAZIRY left the store to retrieve additional handbags for the UC and was observed by the surveillance team going to the storage facility with the metal garage type door upon which the number "2" was written, located in the alley to the rear of Washington Perfume and Watch Company, 1345 4th Street, NE, Washington, DC., and parallel to 4th Street. QUDRAT WAZIRY returned with numerous Louis Vuitton handbags. The UC agreed to purchase some of those bags too for a total of twenty-six Louis Vuitton handbags and in exchange the UC paid QUDRAT WAZIRY $560 in MPD funds.

**November 10, 2005, Search Warrant Executions**

On November 10, 2005, investigators executed a federal search warrant upon the premises of the defendant's business, WAZIRY MARBLE AND GENERAL MERCHANDISE, at 1329 4th Street, NE, Washington, D.C.. During the execution of the search warrant upon the premises of WAZIRY MARBLE AND GENERAL MERCHANDISE, agents seized counterfeit

items worth over approximately $100,000 including counterfeit designer purses, designer wallets and counterfeit sports team products.

All items purchased during each undercover purchase and seized during the search warrant executions, described above, were inspected by industry experts who have received extensive training in the recognition of counterfeit goods from the manufacturers of trademarked goods, and who have experience assisting Federal and State law enforcement agencies in the detection of counterfeit goods. Each item described above as purchased by the undercover officer or seized during the search warrant executions was found to contain counterfeit marks on the work and/or the packaging sold with the work, that is, spurious marks that are unauthorized copies of marks registered on the principal register in the United States Patent and Trademark Office and are in use.

The total retail value of the authentic trademarked goods which were sold or intended for sale as infringing trademarked products by the defendant through his business, as described above, exceeded $115,000. During the period described above, the defendant knew that the distribution of infringing trademarked goods, as described above, was illegal.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
JOHN CARLIN

                    Assistant U.S. Attorney
                    Fraud and Public Corruption
                    Computer Hacking and Intellectual Property Unit
                    555 4th Street, N.W., Room 5235
                    Washington, D.C. 20530
                    202-353-2457

                    CORBIN A. WEISS
                    Senior Counsel, U.S. Department of Justice
                    Computer Crime & Intellectual Property Section

    I declare under penalty of perjury that the foregoing is a true and accurate statement of facts.

                    ISMAEL WAZIRY,
                    Defendant