UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>            v.                      )<br>                                )<br>ISMAEL M. WAZIRY,        )<br>            Defendant.       )<br>_____) | CR. No. 06-342 (ESH/AK)<br><br>**FILED**<br><br>NOV 3 0 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Ellen Segal Huvelle for the acceptance of a plea to a Criminal Information, charging Defendant with Conspiracy to Commit Trademark Infringement, in violation of 18 U.S.C. §371.

### Hearing on Plea

The Defendant, Ismael Waziry, came before the Court on November 29, 2006, represented by counsel, Mark Cummings. The Government was represented by Assistant United States Attorney John Carlin. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Waziry under oath and ascertained that he was competent to enter a plea to the Criminal Information, and the Court then proceeded to explain the nature of the charge to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law and ascertaining his awareness of the Sentencing Guidelines. The Defendant was advised that the Sentencing Guidelines were only advisory and the trial court within its discretion could follow or ignore them. The Defendant

acknowledged that he wished to waive his right to an indictment and a jury trial before a United States District Court Judge and that by entering a plea of guilty, which, if accepted by the District Court, would waive his right to appeal a judgment of guilt. Defendant acknowledged that he was waiving his constitutional right not to incriminate himself. The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between himself, his counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to him in order to secure his plea of guilty in this case. Defendant acknowledged that he conspired to commit trademark infringement.

The Court found, after advising the Defendant of his rights, Mr. Waziry's plea of guilty to the Criminal Information was voluntarily and knowingly made and that his admissions of guilt encompassed each of the elements of the offense charged in the Criminal Information.

### Recommendation

The undersigned recommends that the trial court accept Mr. Waziry's plea of guilty based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Mr. Waziry, who was found to be competent and that he fully understood the nature and the consequences of entering such a plea. Following the entry of the plea of guilty, Defendant was continued on a personal recognizance bond. Defendant was referred to the Probation Office for a PSI report and his sentencing is set for February 26, 2007, at 9:45 a.m. by the Honorable Ellen Segal Huvelle.

DATED: November 30, 2006

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE