UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 06-00342 (ESH)
)
ISMAEL M. WAZIRY, )
)
Defendant. )
)

## ORDER

In a hearing before Magistrate Judge Alan Kay on November 29, 2006, defendant entered a plea of guilty. On November 30, 2006, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 26, 2007