HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Ismael Waziry                                    Docket No.: 06-342-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Ismael Waziry** having been sentenced, on February 26, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FCI Cumberland , in  Cumberland, MD  by 2 p.m., on  April 10, 2007 .

3/15/07
Date

Ellen S Huvelle
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

Debra Taylor
**ATTORNEY/U.S. PROBATION OFFICER**                         **DEFENDANT**

Revised 6-2004

