IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No. CR-06-342-01 (ESH/AK) |
| ISMAEL WAZIRY ) | |

**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL**

COMES NOW, Defendant Ismael Waziry ("Mr. Waziry") by counsel and moves this Honorable Court to modify his supervised release as follows:

1. Mr. Waziry requests that his supervised release be relaxed to permit him to travel to his country of origin, Pakistan, for 30 days. 18 U.S.C. § 3583 authorizes this Court to grant Mr. Waziry's request and the terms of his supervised release require this Court's permission for foreign travel.

2. This Court's grant of permission to Mr. Waziry to travel would necessarily include a temporary suspension of Mr. Waziry's check-in requirements and the requirement that the Probation Officer be able to visit with Mr. Waziry whenever she wishes.

3. Mr. Waziry is a native of the country of Pakistan who moved to the United States in 1982 and received his green card in 1984.

4. Mr. Waziry's wife, Gul Bath and four of his children, Ruqia, Khasama, Fazal and Rakhmat currently remain in Pakistan.

5. Mr. Waziry also has three children who reside with him at his home McLean, Virginia.

1

6. Between 1984 and 2000, Mr. Waziry made annual trips to Pakistan to visit his wife, children, mother and other family. Mr. Waziry made a final trip home in 2002.

7. On November 10, 2005, Mr. Waziry was charged in this action and was prohibited from traveling to Pakistan.

8. Mr. Waziry has therefore been unable to visit his family in Pakistan for approximately six years.

9. Mr. Waziry would like to travel to Pakistan for 30 days to visit his wife, children, mother and other members of his family, who are spread out over six cities. Mr. Waziry's request would give him approximately five days in each city.

10. Mr. Waziry's Probation Officer, Lisa Wright, approves of this request. Mr. Waziry will notify Ms. Wright in advance of his expected dates of his departure and return.

11. The United States Attorney's Office for the District of Columbia has expressed that it has no objection to this request.

WHEREFORE, the Defendant respectfully prays the Honorable Court to enter the attached order.

Dated: January 31, 2008

Respectfully submitted,
ISMAEL WAZIRY
By Counsel

SHER, CUMMINGS AND ELLIS:

/s/ David E. Sher

---

David E. Sher, Esquire (DC Bar No. 176396)
Mark D. Cummings, Esquire (DC Bar No. 414596)
3800 N. Fairfax Dr., Suite 7
Arlington, VA 22203
703-525-1200; Fax: 703-525-0067

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No. CR-06-342-01 (ESH/AK) |
| ISMAEL WAZIRY ) | |

## ORDER

THIS DAY came the Defendant, Ismael Waziry, by counsel, and there appearing to be no objection from the United States Attorney's Office, it is hereby,

ORDERED that the conditions of his supervised release are relaxed to permit the Defendant to travel to Pakistan for 30 days subject to the Defendant's notification of his Probation Officer of his expected departure and return dates. The Defendant's check-in and visitation requirements will be waived during the 30-day period.

ENTERED this _____ day of February 2008.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January 2008 a copy of the foregoing DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL and proposed ORDER were delivered by U.S. mail first-class and postage prepaid to:

>Timothy Lynch, Esquire
>John Carlin, Esquire
>Assistant United States Attorneys
>United States Attorney's Office
>Judiciary Center Building
>555 Fourth Street, NW
>Washington, DC 20530

/s/ Kevin Shehan

_____

Kevin Shehan