**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          )
                                  )
v.                                )
                                  ) Docket No. CR-06-342-01 (ESH/AK)
ISMAEL WAZIRY                     )

## ORDER

THIS DAY came the Defendant, Ismael Waziry, by counsel, and there appearing to be no objection from the United States Attorney's Office, it is hereby,

ORDERED that the conditions of his supervised release are relaxed to permit the Defendant to travel to Pakistan for 30 days subject to the Defendant's notification of his Probation Officer of his expected departure and return dates. The Defendant's check-in and visitation requirements will be waived during the 30-day period.

ENTERED this ____1____ day of February 2008.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

3